```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

ANDREW CUPERY                  §
                               §
VS.                            §      ACTION NO. 4:10-CV-377-Y
                               §
APRIA HEALTHCARE, INC. and     §
INVACARE CORPORATION           §

## FINAL JUDGMENT

In accordance with the order issued on June 23, 2010, the order issued this same day, and Federal Rule of Civil Procedure 58, Plaintiff's claims against defendant Invacare Corporation are hereby DISMISSED WITHOUT PREJUDICE to their refiling.  Summary judgment is granted, however, as to Plaintiff's claims against defendant Apria Healthcare, Inc., and those claims are DISMISSED WITH PREJUDICE to their refiling.  All costs of Court under 28 U.S.C. § 1920 shall be borne by Plaintiff.

SIGNED August 30, 2011.

```
                              _____
                              TERRY R. MEANS
                              UNITED STATES DISTRICT JUDGE
```

FINAL JUDGMENT - Page Solo
TRM/chr